**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Adam J Harper**
**Tristin L Harper**
**fka Tristin L Delo**
   Debtor(s)

Bankruptcy Case No.: 17–70068–JAD

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Eric E. Bononi is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: June 28, 2017

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Adam J Harper
Tristin L Harper
    Debtors

Case No. 17-70068-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: admin     Page 1 of 1     Date Rcvd: Jun 28, 2017
                      Form ID: 129    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.
db/jdb       +Adam J Harper,    Tristin L Harper,    25 Woodridge Dr.,    Graceton, PA 15748-7103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2017 at the address(es) listed below:
         Eric E. Bononi     bankruptcy@bononilaw.com, pa69@ecfcbis.com
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
         Michael N. Vaporis    on behalf of Joint Debtor Tristin L Harper mvaporis@comcast.net, jlcerovich@comcast.net
         Michael N. Vaporis    on behalf of Debtor Adam J Harper mvaporis@comcast.net, jlcerovich@comcast.net
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                      TOTAL: 5